JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PROGRESSIVE DIRECT INSURANCE COMPANY,<br><br>             Plaintiff,<br><br>      v.<br><br>NANCY S. ADAIR,<br><br>             Defendant. | Case No. 2:22-cv-09234-FLA (ASx)<br><br>**ORDER DISMISSING ACTION WITH PREJUDICE [DKT. 89]** |

1

On March 22, 2024, the parties filed a Stipulation of Dismissal Pursuant to Rule 41(a)(1)(A)(ii) ("Stipulation").  Dkt. 89.  Having considered the Stipulation and finding good cause therefor, the court hereby ORDERS:

1. All dates and deadlines governing this action are VACATED.
2. The court DISMISSES the action with prejudice.

IT IS SO ORDERED.

Dated: April 10, 2024

FERNANDO L. AENLLE-ROCHA
United States District Judge